UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA JONES,<br><br>                     Plaintiff,<br><br>-against-<br><br>BRONX CHARTER SCHOOL FOR THE ARTS,<br><br>                     Defendant. | 24-CV-1084 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      For the second time, the parties have failed to comply with the deadline to file the joint letter and proposed case management plan. *See* ECF Nos. 5 and 16. The Court previously admonished the parties against further failure to comply with Court deadlines. ECF No. 16. On the morning of August 29, 2024, counsel for Plaintiff called to inform the Court that the joint letter and proposed case management plan, already past due, would be filed shortly. The parties have failed to adhere to even their own tardy timeline.

      The parties are warned that further disregard for Court Orders and deadlines may result in sanctions, including dismissal.

      The parties are ORDERED to file the joint letter and proposed case management plan no later than **August 30, 2024**.

Dated: August 30, 2024
       New York, New York

                                            SO ORDERED.

                                            JESSICA G. L. CLARKE
                                            United States District Judge