UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA JONES,<br><br>       Plaintiff,<br><br>  -against-<br><br>BRONX CHARTER SCHOOL FOR THE ARTS,<br><br>       Defendant. | 24-CV-1084 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

 As discussed at the case management conference, dispositive motions shall be filed by **April 7, 2025**. Oppositions are due **May 5, 2025**. Replies are due **May 12, 2025**.

Dated: March 4, 2025
    New York, New York

               SO ORDERED.

               *Jessica Clarke*
               JESSICA G. L. CLARKE
               United States District Judge